**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                  **CRIMINAL ACTION NO. 3:07CR139**

**DEBRA VANCE**

## **ORDER**

This cause is before the Court on the defendant's Motion to Continue Trial and Pretrial Deadlines [14]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for November 26, 2007. Defense counsel's obligations in another matter before this Court have prevented him from engaging in necessary trial preparations. In addition, the defendant seeks a continuance in order to permit her to continue negotiations with the United States in an effort to reach a plea agreement. The government is unopposed to the requested continuance. Based on the foregoing, the Court finds that the defendant's motion is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from November 26, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to permit defense counsel an adequate opportunity to prepare for trial and to pursue a possible plea agreement with the government, thereby avoiding the necessity of a trial. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests

of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [14] is GRANTED;

2. That the trial of this matter is continued until Monday, January 7, 2008 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from November 26, 2007 until January 7, 2008 is excluded as set out above;

4. That the deadline for filing pretrial motions is December 17, 2007;

5. That the deadline for submitting a plea agreement is December 26, 2007.

SO ORDERED, this the 15th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE